Argued May 24, affirmed May 24, 1971

DONALD LEE SNOOK, *Appellant, v.*
MERWYN PALMER, aka Murray Palmer, Justice
of the Peace, District No. 1, Brookings, Oregon,
*Respondent.*

484 P2d 1131

*Thomas Y. Higashi,* Gold Beach, argued the cause
for appellant. On the brief were Starkweather and
Higashi, Gold Beach.

*Jacob B. Tanzer,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief were
Lee Johnson, Attorney General, and Walter L. Barrie,
Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

AFFIRMED FROM THE BENCH.